Law Library #83

FILED
SUPERIOR COURT
OF GUAM

'13 MAY -7 AM 9: 52

CLERK OF COURT
BY _____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM,<br><br>                    Plaintiff,<br><br>    v.<br><br>AGUSTEEN LEE,<br><br>                    Defendant. | CRIMINAL CASE NO. CM 1102-12<br><br>**DECISION AND ORDER** |

This matter came before the Honorable Arthur R. Barcinas on the 3d day of April, 2013, for hearing on the Defendant's Motion to Dismiss Case and Charges Based on a Civil Compromise. Assistant Attorney General Matthew Heibel represented the People, and Attorney Curtis C. Van de veld represented the Defendant. The Court now issues the following Decision and Order on the motion.

In exercising its discretion under 8 GCA § 80.90 to dismiss or not, the Court notes that the Defendant is charged with fourth degree criminal sexual conduct, and that under 9 GCA § 89.02(c)(1)(E) and 9 GCA § 89.03(e)(4), the Defendant, if convicted, would be required to register as a Level 3 sex offender and remain on the sex offender registry for 15 years. The Court notes that one of the purposes of the sex offender registry is to protect the people of

Guam by making information available about individuals who have committed sex crimes and who represent an ongoing threat to public safety.

The Court notes the People's allegation that the Defendant was the victim's employer at the time of the offense, and was thus in a position of authority over the victim. The Court also notes the People's allegation that the Defendant's conduct toward the victim was not an isolated incident, but rather was part of a continuing pattern of behavior.

In light of the foregoing, the Court finds that dismissal on the basis of a civil compromise would not be in the interest of justice in this case. Accordingly, Defendant's Motion to Dismiss is DENIED.

IT IS SO ORDERED this 7th day of May, 2013.



_____
HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagåtña, Guam

MAY 0 7 2013


Joseph J. _____
Deputy Clerk, Superior Court of Guam